# EXHIBIT A

**PRIVILEGED AND CONFIDENTIAL**
**BY ORDER OF THE SUPREME JUDICIAL COURT**

# APPENDICES

**PRIVILEGED AND CONFIDENTIAL**
**BY ORDER OF THE SUPREME JUDICIAL COURT**

## APPENDIX 1: INDEPENDENT COUNSEL ATTORNEYS

Paul Ware, Jr.

Kevin Martin

Damian Wilmot

Sheryl Koval Garko

Kunal Pasricha

Josh Launer

Andrew Batchelor

Kathleen Roblez

LIBA/21225629

PRIVILEGED AND CONFIDENTIAL
BY ORDER OF THE SUPREME JUDICIAL COURT

## APPENDIX 2:  WITNESSES INTERVIEWED INFORMALLY

|     | Name | Title | Date Interviewed |
| --- | --- | --- | --- |
| 1. | John Alicandro | Former Probation Officer | August 25, 2010 |
| 2. | Dianne Boland | Probation Officer | June 21, 2010 |
| 3. | Donald Cochran | Former Commissioner of Probation | October 1, 2010 |
| 4. | Donna Connolly | Fiscal Administrator for the Office of the Commissioner of Probation | October 25, 2010 |
| 5. | Ronald Corbett | Acting Administrator, Office of the Commissioner of Probation | June 1, 2010 |
| 6. | John Cremens | Former Deputy Commissioner of Probation | June 3, 2010 |
| 7. | Edward Dalton | Former Regional Supervisor for the Office of the Commissioner of Probation | June 1, 2010 |
| 8. | Judge Barbara Dortch-Okara | Former Chief Justice for Administration and Management | June 23, 2010 |
| 9. | Thomas Farragher and Scott Allen | Boston Globe reporters | June 4, 2010 |
| 10. | David Friedman | Former First Assistant Attorney General | May 25, 2010 June 30, 2010 |
| 11. | Jason Harder | Probation Officer | September 22, 2010 |
| 12. | Judge Robert F. Kumor | Former First Justice, Springfield District Court | August 2, 2010 |
| 13. | Edward J. McGinn, Thomas Gaffney and Erik Boss | Worcester Police Department | June 11, 2010 |
| 14. | Leonard Mirasolo | Aide to Massachusetts Speaker of the House Robert DeLeo | October 29, 2010 |

A 2

PRIVILEGED AND CONFIDENTIAL
BY ORDER OF THE SUPREME JUDICIAL COURT

| 15. | Janet Mucci | Director of Personnel for the Office of the Commissioner of Probation | June 17, 2010 |
|---|---|---|---|
| 16. | Chief Justice Robert A. Mulligan | Chief Justice for Administration and Management, Administrative Office of the Trial Court | May 26, 2010 |
| 17. | Brian Murphy | Regional Supervisor for the Office of the Commissioner of Probation | June 23, 2010 |
| 18. | Judge Gilbert J. Nadeau | District Court Judge, Fall River District Court | June 7, 2010 |
| 19. | Richard O'Neil | Regional Administrator of Probate and Family Courts | June 22, 2010 |
| 20. | David Parke | Former Chief Probation Officer | July 6, 2010 |
| 21. | First Justice Joseph Reardon | First Justice, Barnstable District Court | June 12, 2010 |
| 22. | Rep. John H. Rogers | Massachusetts State Representative | July 27, 2010 |
| 23. | Yvonne Roland | Administrative Assistant and Human Resources Representative for the Office of the Commissioner of Probation | June 17, 2010 |
| 24. | Chief Justice Barbara J. Rouse | Superior Court Chief Justice | June 14, 2010 |
| 25. | Anthony Sicuso | Former Legal Counsel for Office of the Commissioner of Probation | June 2, 2010 |
| 26. | Ellen Slaney | Regional Supervisor for the Office of the Commissioner of Probation | June 11, 2010 |

A 3

PRIVILEGED AND CONFIDENTIAL
BY ORDER OF THE SUPREME JUDICIAL COURT

## APPENDIX 3:  WITNESSES WHO APPEARED IN RESPONSE TO SUBPOENAS

|     | Name | Title | Date of Testimony |
| --- | --- | --- | --- |
| 1. | Jeffrey Akers | Regional Supervisor for the Office of the Commissioner of Probation | August 25, 2010 |
| 2. | John Alicandro | Former Probation Officer | October 1, 2010 |
| 3. | Stephen Bocko | Deputy Commissioner of the Office of the Commissioner of Probation | September 13, 2010 |
| 4. | Richard Bracciale | Chief Probation Officer | September 24, 2010 |
| 5. | Christopher Bulger | Deputy Commissioner, Legal Counsel, Office of the Commissioner of Probation | October 13, 2010 |
| 6. | William Burke | Former Deputy Commissioner of Probation | July 22, 2010 |
| 7. | Francis Campbell | Regional Supervisor for the Office of the Commissioner of Probation | August 10, 2010 |
| 8. | Scott Campbell | Finance Director, Committee to Elect Tim Cahill | August 31, 2010 |
| 9. | James Casey | Former Chief Probation Officer | October 5, 2010 |
| 10. | Donna Connolly | Fiscal Administrator, Office of the Commissioner of Probation | September 1, 2010 |
| 11. | Michael Coughlin | Director of Human Resources, Massachusetts State Lottery Commission | September 2, 2010 |
| 12. | Ronald Corbett, Jr. | Acting Administrator, Office of the Commissioner of Probation | November 3, 2010 |
| 13. | John Cremens | Former First Deputy Commissioner of Probation | August 6, 2010 |
| 14. | Edward Dalton | Supervisor of Probation Services | August 17, 2010 |

A 4

| 15. | Nicholas DeAngelis | Former Supervisor of Probation Services | August 24, 2010 |
| 16. | Robert DeLeo | Speaker of the Massachusetts House of Representatives | November 1, 2010 |
| 17. | Joseph Dooley | Chief Probation Officer | September 17, 2010 |
| 18. | Judge Barbara Dortch-Okara | Former Chief Justice for Administration and Management | October 13, 2010 |
| 19. | Bernard Dow | Former Assistant Chief Probation Officer | October 21, 2010 |
| 20. | Dianne Fasano | Regional Supervisor of the Office of the Commissioner of Probation | September 3, 2010 |
| 21. | Thomas Finneran | Former Speaker of the Massachusetts House of Representatives | September 21, 2010 |
| 22. | Eileen Glovsky | Deputy Treasurer, Executive Director, Commonwealth Covenant Fund | October 18, 2010 |
| 23. | Joseph Hamilton | Former Chief Probation Officer | September 20, 2010 |
| 24. | Christine Hegarty | Human Resources, Administrative Office of the Trial Court | October 20, 2010 |
| 25. | Patricia Horne | Deputy Director, Office of Community Corrections | October 4, 2010 |
| 26. | Eugene Irwin | Regional Program Manager – ELMO, Office of Community Corrections | October 15, 2010 |
| 27. | Karen Jackson | Probation Officer | October 14, 2010 |
| 28. | Michael LaFrance | Chief Probation Officer | September 29, 2010 |
| 29. | Michael LeCours | Assistant Supervisor, Office of Community Corrections | October 23, 2010 |
| 30. | Paul Lucci | Deputy Commissioner, Office of the Commissioner of Probation | August 23, 2010 |

A 5

| 31. | Michelle Cahill-Martino | Administrative Assistant to Commissioner of Probation | July 21, 2010 October 1, 2010 |
|---|---|---|---|
| 32. | Rita McCarthy | Chief Probation Officer | September 27, 2010 |
| 33. | Sarah McColgan | Tobacco Control Director, Massachusetts Health Officers Association | September 29, 2010 |
| 34. | Edward McDermott | Administrative Assistant to Deputy Commissioner | August 25, 2010 |
| 35. | Mark McHale | Regional Supervisor for the Office of the Commissioner of Probation | July 30, 2010 |
| 36. | Eugene Monteiro | Former Probation Officer | October 6, 2010 |
| 37. | Mark Montigny | Massachusetts State Senator | October 26, 2010 |
| 38. | James Moriarty | President and CEO of Ludlow Boys & Girls Club | September 29, 2010 |
| 39. | Neil Morrison | Former First Deputy Treasurer, Department of Treasury | September 30, 2010 |
| 40. | Janet Mucci | Director of Personnel for the Office of the Commissioner of Probation | June 24, 2010 October 5, 2010 |
| 41. | Chief Justice Robert Mulligan | Chief Justice for Administration and Management of the Trial Court | October 4, 2010 |
| 42. | Brian Murphy | Regional Supervisor for the Office of the Commissioner of Probation | August 13, 2010 |
| 43. | John O'Brien | Commissioner of Probation | August 26, 2010 |
| 44. | Richard O'Neil | Regional Supervisor of Probate and Family Courts | August 3, 2010 |
| 45. | Mark Pacheco | Massachusetts State Senator | October 20, 2010 |
| 46. | David Parke | Former Chief Probation Officer | September 22, 2010 |
| 47. | Kathleen Petrolati | Regional Program Manager - ELMO | October 18, 2010 |

A 6

PRIVILEGED AND CONFIDENTIAL
BY ORDER OF THE SUPREME JUDICIAL COURT

| 48. | Thomas Petrolati | Massachusetts State Representative | October 6, 2010 |
|---|---|---|---|
| 49. | Stephen Price | Director, Office of Community Corrections | October 21, 2010 |
| 50. | Mark Prisco | Chief Probation Officer | September 24, 2010 |
| 51. | John Quinn | Regional Program Manager, Office of Community Corrections | November 1, 2010 |
| 52. | Edward Rideout | Supervisor of Probation Services | August 27, 2010 |
| 53. | Nilda Rios | Supervisor of Probation Services | August 4, 2010 |
| 54. | Edward Ryan | Regional Program Manager-ELMO, Office of the Commissioner of Probation | June 29, 2010 July 15, 2010 |
| 55. | Francine Ryan | Regional Supervisor for the Office of the Commissioner of Probation | August 9, 2010 |
| 56. | Robert Ryan | Chief Probation Officer | October 22, 2010 |
| 57. | Mary Santos | Assistant Chief Probation Officer | November 5, 2010 |
| 58. | Anthony Sicuso | Former Legal Counsel for Office of the Commissioner of Probation | September 30, 2010 |
| 59. | Ellen Slaney | Regional Supervisor for the Office of the Commissioner of Probation | August 5, 2010 |
| 60. | Arthur Sousa | Probation Officer | October 7, 2010 |
| 61. | Elizabeth Tavares | First Deputy Commissioner for the Office of the Commissioner of Probation | July 13, 2010 October 22, 2010 |
| 62. | Lucia Vanasse | Administrative Assistant to Commissioner of Probation | July 20, 2010 |
| 63. | Francis Wall | Deputy Commissioner, Officer of the Commissioner of Probation | August 19, 2010 |
| 64. | Maria Walsh | Manager, Intergovernmental Relations, Office of the Commissioner of | July 19, 2010 November 1, |

LIBA/21225629

|     |                 | Probation                                                                       | 2010                  |
|-----|-----------------|---------------------------------------------------------------------------------|-----------------------|
| 65. | Patricia Walsh  | Former Deputy Commissioner of the Office of the Commissioner of Probation       | August 30, 2010       |
| 66. | Joseph Zavatsky | Probation Officer                                                               | October 12, 2010      |
| 67. | Jill Ziter      | Former Regional Coordinator                                                     | September 23, 2010    |

LIBA/21225629

PRIVILEGED AND CONFIDENTIAL
BY ORDER OF THE SUPREME JUDICIAL COURT

## APPENDIX 4:  ADDITIONAL SUBPOENAED WITNESSES

|    | **Name**            | **Title**                                    | **Date of Scheduled Testimony** |
|----|---------------------|----------------------------------------------|---------------------------------|
| 1. | Stephen Alpers      | Chief Probation Officer                      | November 9, 2010                |
| 2. | Robert Creedon, Jr. | Former Massachusetts State Senator           | November 9, 2010                |

A 9

**PRIVILEGED AND CONFIDENTIAL**
**BY ORDER OF THE SUPREME JUDICIAL COURT**

## APPENDIX 5:  UNAVAILABLE WITNESSES

|    | **Name** | **Title** | **Reason** |
|----|----------|-----------|------------|
| 1. | Maribeth Borasri | Regional Supervisor for the Office of the Commissioner of Probation | Subpoena withdrawn due to illness |
| 2. | Kevin Cuniff | Former Commissioner of Probation | Unresponsive to subpoena |
| 3. | Edward Driscoll | Regional Supervisor for the Office of the Commissioner of Probation | Subpoena withdrawn due to illness |
| 4. | James Flannery | Chief Probation Officer | Subpoena withdrawn due to illness |
| 5. | James Rush | Former Chief Probation Officer | Subpoena withdrawn due to illness |
| 6. | Vicki Williams | Former Department of the Treasury Employee | Unresponsive to subpoena |

A 10

PRIVILEGED AND CONFIDENTIAL
BY ORDER OF THE SUPREME JUDICIAL COURT

## APPENDIX 6: SOURCES OF ELECTRONIC DOCUMENTS

|     | **Name** | **Title** | **Electronic Sources** |
| --- | --- | --- | --- |
| 1. | Jennifer Alonso | Fiscal Specialist | Email |
| 2. | Alfred Barbalunga | Chief Probation Officer | Email |
| 3. | Stephen Bocko | Deputy Commissioner | Email |
| 4. | Christopher Bulger | Deputy Commissioner, Legal Counsel | Email, hard drive |
| 5. | Mindy Burke | Program Manager | Email |
| 6. | William Burke | former Deputy Commissioner | Email |
| 7. | Patricia Campatelli | Statewide Program Supervisor, Office of Community Corrections | Email |
| 8. | Christopher Cannata | Assistant Court Service Provider | Email |
| 9. | Donna Connolly | Fiscal Administrator | Email |
| 10. | Edward Dalton | Former Supervisor of Probation Services | Email |
| 11. | Lisa Hickey | Community Service Assistant Statewide Supervisor, Office of Community Corrections | Email |
| 12. | Patricia Horne | Deputy Director of Office of Community Corrections | Email |
| 13. | Edward Johnson | Administrative Assistant to Commissioner of Probation | Email |
| 14. | Paul Lucci | Deputy Commissioner | Email |
| 15. | William Maney | Budget Analyst, Administrative Office of the Trial Court Fiscal Department | Email |
| 16. | William Marchant | Chief Financial Office, Administrative Office of the Trial Court Fiscal Department | email |

A 11

| 17. | Brian Mirasolo | Acting Chief Probation Officer | Email |
| 18. | Janet Mucci | Personnel Director | Email |
| 19. | Brian Murphy | Supervisor of Probation Services | Email |
| 20. | Kimberly Norton | Fiscal Manager, Office of Community Corrections | Email |
| 21. | Genevieve O'Brien | Office of Community Corrections | Email |
| 22. | John O'Brien | Commissioner | Email, hard drive |
| 23. | Richard O'Neil | Regional Administrator | Email |
| 24. | Kathleen Petrolati | Regional Program Manager-ELMO | Email |
| 25. | Stephen Price | Director of Office of Community Corrections | Email |
| 26. | Mark Prisco | Chief Probation Officer | Email |
| 27. | Yvonne Roland | Operations Coordinator | Email |
| 28. | Edward Ryan | ELMO Program Manager | Email |
| 29. | Robert Ryan | Chief Probation Officer | Email |
| 30. | Valdemar Santos | | Email |
| 31. | David Skocik | Community Service Acting Statewide Supervisor, Office of Community Corrections | Email |
| 32. | Ellen Slaney | Regional Administrator | Email |
| 33. | Arthur Sousa | Probation Officer | Email |
| 34. | Elizabeth Tavares | First Deputy Commissioner | Email |
| 35. | Lucia Vanasse | Assistant to the Commissioner | Email |
| 36. | Francis Wall | Deputy Commissioner | Email |
| 37. | Maria Walsh | Manager of Intergovernmental Relations | Email, hard drive |

A 12

PRIVILEGED AND CONFIDENTIAL
BY ORDER OF THE SUPREME JUDICIAL COURT

| 38. | Patricia Walsh | former Deputy Commissioner | Email |
|-----|----------------|----------------------------|-------|

A 13

**PRIVILEGED AND CONFIDENTIAL**
**BY ORDER OF THE SUPREME JUDICIAL COURT**

## APPENDIX 7:  TEN MOST FREQUENT SPONSORS

| Sponsor | No. of Candidates Sponsored |
|---|---|
| Montigny | 54 |
| Brewer | 44 |
| DiMasi | 36 |
| Travaglini | 28 |
| Pacheco | 24 |
| Creedon | 22 |
| Hart | 21 |
| McGee | 21 |
| Tobin | 20 |
| Panagiotakis | 20 |

A 14

PRIVILEGED AND CONFIDENTIAL
BY ORDER OF THE SUPREME JUDICIAL COURT

## APPENDIX 8:  TWENTY MOST FREQUENT RECIPIENTS OF CONTRIBUTIONS

| Recipient | Contributions |
|-----------|---------------|
| Petrolati | 87 |
| Montigny | 46 |
| DiMasi | 34 |
| Glodis | 25 |
| Travaglini | 21 |
| Buoniconti | 20 |
| Hart | 19 |
| Murray | 19 |
| DeLeo | 18 |
| Finneran | 16 |
| Menard | 14 |
| Rush | 14 |
| Baddour | 13 |
| Pacheco | 13 |
| Walsh | 13 |
| O'Flaherty | 12 |
| Rogers | 12 |
| Alicea | 9 |
| Brewer | 9 |
| Antonioni | 8 |

A 15